

**GEP TALENT SERVICES, LLC**
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com    **(818) 955-6000**    Version-11.0094.2

| | | | |
|---|---|---|---|
| | Check No.: | | 20481093 |
| VERONICA REDD    SSN: ***-**-0381 | Check Date: | | 04/03/2024 |
| | Batch: | | PCA 13219012 |
| | Ref / Inv: | | 00108493 / HMX985 |

**VERONICA REDD**

| Mailing Address | W-2/1099 Address |
|---|---|
| 8023 BEVERLY BLVD | 8023 BEVERLY BLVD |
| STE 1- 1599 | STE 1- 1599 |
| LOS ANGELES, CA 90048 | LOS ANGELES, CA 90048 |

** Get your W-2 online -- register to go paperless at ep.com/mytaxform **

**PAY PERIOD**
Start: 03/24/24    End: 03/30/24
Tax / Work Days:    5 / 1
Res / Work State:    PA / CA
Pens Hrs / Days:

| Client Labor | CPT HOLDINGS, INC. |
|---|---|
| Employer: | 10202 W. WASHINGTON BLVD. |
| | LEAR 2ND FLOOR |
| | CULVER CITY, CA 90232  (310) 244- 3900 |
| Prod Title: | YOUNG & THE RESTLESS 23/24 (S52) |

Sick Leave : CA 0/6 Avail/Accr | LA 0 Avail

Leave balance may not reflect other payroll provider activity thru
2024-03-27. RTW CBA sick leave bal may vary.

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | S | S |
| W/H | 0 | 09 | 09 |

**Comments:**

**Payroll Note:**

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | | | 2,500.00 | FED | | 398.82 | 2,726.83 |
| | | | | FICA-SSA | | 155.00 | 922.44 |
| | | | | FICA-MED | | 36.25 | 215.73 |
| | | | | PA SUI | | 1.75 | 10.42 |
| | | | | CA ST | | 146.98 | 972.63 |
| | | | | | MPRF | 25.00 | 130.25 |

Union:  TALENT
Occupation Title:    PRINCIPAL PERFORMER - 5+ LINES

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 2,500.00 | 2,500.00 | 763.80 | 1,736.20 |
| YTD: | | 14,878.09 | | 4,978.30 | 9,899.79 |

**Unemployment Info:** GEP TALENT SERVICES, LLC    **Tel:** (818) 955-6000    **State:** PA    **Unemployment No:** 98-00162

**GEP TALENT SERVICES, LLC**
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non- Negotiable

**\*\*Copy\*\***

| YOUNG & THE RESTLESS 23/24 (S5 | | | |
|---|---|---|---|
| Check Date | Employee No | Check Code | Non- Negotiable |
| 04/03/2024 | 0381XegS+ | +Ugqza!3GI | Non- Negotiable |

**Pay Exactly  One Thousand Seven Hundred Thirty Six Dollars AND 20 Cents**

\* CHECK COPY \* CHECK COPY \* CHECK COPY \* CHECK COPY \* CHECK COPY \*

\* VOID \*

\*\*\*\*\*1,736.20

PAY TO THE
ORDER OF

VERONICA REDD
8023 BEVERLY BLVD
STE 1-1599
LOS ANGELES, CA 90048

Non-Negotiable
Non-Negotiable

Non-Negotiable



GEP TALENT SERVICES, LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com    (818) 955-6000    Version-11.0094.2

**VERONICA REDD**    SSN: ***-**-0381

| | Check No.: | 20651667 |
|---|---|---|
| | Check Date: | 04/30/2024 |
| | Batch: | PCA 13252939 |
| | Ref / Inv: | 00108493 / HOF618 |

**Mailing Address**
8023 BEVERLY BLVD
STE 1-1599
LOS ANGELES, CA 90048

**W-2/1099 Address**
8023 BEVERLY BLVD
STE 1-1599
LOS ANGELES, CA 90048

** Get your W-2 online -- register to go paperless at ep.com/mytaxform **

**PAY PERIOD**
Start: 04/21/24    End: 04/27/24
Tax / Work Days:    5 / 1
Res / Work State:    PA / CA
Pens Hrs / Days:

| **Client Labor** | CPT HOLDINGS, INC. |
|---|---|
| **Employer:** | 10202 W. WASHINGTON BLVD. |
| | LEAR 2ND FLOOR |
| | CULVER CITY, CA 90232 (310) 244-3900 |
| **Prod Title:** | YOUNG & THE RESTLESS 23/24 (S52) |

Sick Leave : CA 0/6 Avail/Accr | LA 0 Avail

Leave balance may not reflect other payroll provider activity thru
2024-04-23. RTW CBA sick leave bal may vary.

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | S | S |
| W/H | 0 | 09 | 09 |

**Comments:**

**Payroll Note:**

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | | 2,500.00 | | FED | | 398.82 | 3,125.65 |
| | | | | FICA-SSA | | 155.00 | 1,077.44 |
| | | | | FICA-MED | | 36.25 | 251.98 |
| | | | | PA SUI | | 1.75 | 12.17 |
| | | | | CA ST | | 146.98 | 1,119.61 |
| | | | | | MPRF | 25.00 | 155.25 |

Union: TALENT
Occupation Title:   PRINCIPAL PERFORMER - 5+ LINES

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 2,500.00 | 2,500.00 | 763.80 | 1,736.20 |
| YTD: | | 17,378.09 | | 5,742.10 | 11,635.99 |

**Unemployment Info:** GEP TALENT SERVICES, LLC    **Tel:** (818) 955-6000    **State:** PA    **Unemployment No:** 98-00162

GEP TALENT SERVICES, LLC
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non-Negotiable

**\*\*Copy\*\***

| YOUNG & THE RESTLESS 23/24 (S5 | | | Non-Negotiable |
|---|---|---|---|
| Check Date | Employee No | Check Code | Non-Negotiable |
| 04/30/2024 | 0381XegS+ | +ieDIY!-mc | Non-Negotiable |
| | | | Non-Negotiable |

| **Pay Exactly**  One Thousand Seven Hundred Thirty Six Dollars AND 20 Cents | * VOID * |
|---|---|
| * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * | \*\*\*\*\*1,736.20 |

PAY TO THE
ORDER OF

VERONICA REDD
8023 BEVERLY BLVD
STE 1-1599
LOS ANGELES, CA 90048

Non-Negotiable
Non-Negotiable

Non-Negotiable



**GEP TALENT SERVICES, LLC**
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com    **(818) 955-6000**    Version-11.0094.2

VERONICA REDD                                    SSN:  XXX-XX-0381

| | Mailing Address | W-2/1099 Address |
|---|---|---|
| | 8023 BEVERLY BLVD | 8023 BEVERLY BLVD |
| | STE 1- 1599 | STE 1- 1599 |
| | LOS ANGELES, CA 90048 | LOS ANGELES, CA 90048 |

** Get your W-2 online -- register to go paperless at ep.com/mytaxform **

| | | |
|---|---|---|
| Check No. | | 20758494 |
| Check Date: | | 05/15/2024 |
| Batch: | | PCA 13272294 |
| Ref / Inv: | | 00108493 / HOZ195 |
| **PAY PERIOD** | | |
| Start: 05/05/24 | | End: 05/11/24 |
| Tax / Work Days: | | 5 / 1 |
| Res / Work State: | | PA / CA |
| Pens Hrs / Days: | | |

| **Client Labor** | CPT HOLDINGS, INC. |
|---|---|
| **Employer:** | 10202 W. WASHINGTON BLVD. |
| | LEAR 2ND FLOOR |
| | CULVER CITY, CA 90232  (310) 244- 3900 |
| **Prod Title:** | YOUNG & THE RESTLESS 23/24 (S52) |

Sick Leave : CA 0/6 Avail/Accr | LA 0 Avail

Leave balance may not reflect other payroll provider activity thru
2024-05-10. RTW CBA sick leave bal may vary.

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | S | S |
| W/H | 0 | 09 | 09 |

**Comments:**

**Payroll Note:**

| Desc | Rate: Hourly | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| REG | | | 2,500.00 | FED | | 398.82 | 3,548.69 |
| | | | | FICA- SSA | | 155.00 | 1,239.27 |
| | | | | FICA- MED | | 36.25 | 289.83 |
| | | | | PA SUI | | 1.75 | 13.99 |
| | | | | CA ST | | 146.98 | 1,273.85 |
| | | | | | MPRF | 25.00 | 180.25 |

Union: TALENT
Occupation Title:   PRINCIPAL PERFORMER - 5+ LINES

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 2,500.00 | 2,500.00 | 763.80 | 1,736.20 |
| YTD: | | 19,988.16 | | 6,545.88 | 13,442.28 |

**Unemployment Info:** GEP TALENT SERVICES, LLC        **Tel:** (818) 955- 6000    **State:** PA    **Unemployment No:** 98- 00162

---

**GEP TALENT SERVICES, LLC**
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non- Negotiable

**\*\*Copy\*\***

| YOUNG & THE RESTLESS 23/24 (S5 | | | |
|---|---|---|---|
| Check Date | Employee No | Check Code | Non- Negotiable |
| 05/15/2024 | 0381XegS+ | +quExv!4Ay | Non- Negotiable Non- Negotiable Non- Negotiable |

**Pay Exactly  One Thousand Seven Hundred Thirty Six Dollars AND 20 Cents**

\* CHECK COPY \*  CHECK COPY \*  CHECK COPY \*  CHECK COPY \*  CHECK COPY \*

| \* VOID \* |
|---|
| \*\*\*\*\*1,736.20 |

PAY TO THE
ORDER OF
**VERONICA REDD**
**8023 BEVERLY BLVD**
**STE 1-1599**
**LOS ANGELES, CA 90048**

Non-Negotiable
Non-Negotiable

Non-Negotiable

# SAG·AFTRA.

Associated Actors & Artistes of America/AFL-CIO
(800) 205-7716   https://www.sagaftra.org/membership-benefits/residuals
SAGAFTRA.org

## RESIDUALS PAYMENT STATEMENT

Page 1

SOURCE:  SAG

Tax ID/DDN: XXX-XX-0381

**10034030**
Veronica Redd
PO BOX 1871
WEST CHESTER PA 19380

Performer Name: Veronica Redd

Company: CBS Television Studios
Batch#: 053124AM
Sub Batch #: 042
Sequence#: 21
Payment Received by SAG-AFTRA:
05/31/2024
Payment Mail Date: 07/16/2024

*Please keep this statement for your unemployment insurance records.

**Register at SAGAFTRA.org for access to all union services - including Residuals Tracker.

| Ck# | Gross Amt | Ck# | Gross Amt | Ck# | Gross Amt | Ck# | Gross Amt |
|---|---|---|---|---|---|---|---|
| 70744415 | $31.18 | | | | | | |

| Reference ID | Run/Qtr | Market | Production/Episode | Gross Amt | Rte |
|---|---|---|---|---|---|
| 62011007 | 202403 | Basic Cable | Parkers, The/Kimberlale | $12.86 | |
| 62011007 | 202403 | Internet Rental/SVOD | Parkers, The/Kimberlale | $11.18 | |
| 62011007 | 202403 | Internet Free | Parkers, The/Kimberlale | $7.14 | |

**Total Gross:    $31.18**

---

| | | | |
|---|---|---|---|
| **ep** | VERONICA REDD | SSN:  ***-**-0381 | Check No: **70744415** |
| | | | Check Date: 05/20/2024 |
| | | | Batch: RCA 13278336 |
| | Mailing Address | W-2/1099 Address | Ref / Inv: 00046295 / HPF365 |

| | | | |
|---|---|---|---|
| GEP TALENT SERVICES, LLC | 8023 BEVERLY BLVD | 8023 BEVERLY BLVD | **PAY PERIOD** |
| 2950 N HOLLYWOOD WAY, | STE 1-1599 | STE 1-1599 | Start: 01/01/24    End: 03/31/24 |
| BURBANK, CA 91505 | LOS ANGELES, CA 90048 | LOS ANGELES, CA 90048 | Tax / Work Days: 0/0 |
| | | | Res / Work State: PA / CA |
| www.ep.com   (818) 955-6000   Version-14.094.2 | ** Get your W-2 online – register to go paperless at ep.com/mytaxform ** | | Pens Hrs / Days: |

| Client: | CBS TELEVISION STUDIOS | | | Tax WH | Fed | Res | Work |
|---|---|---|---|---|---|---|---|
| Prod Title: | PARKERS, THE | | | Status | S | S | S |
| Address: | 4024 RADFORD AVE | | | WH | 0 | 09 | 09 |
| | STUDIO CITY, CA 91604 | | | | | | |

| Comments: | CQ0120240501 | Payroll Note: |
|---|---|---|

| | | | |
|---|---|---|---|
| Episode Name/No: | KIMBERLALE/0000 | Product Type: MADE FOR TELEVISION | Principal Photo Date: 09/15/1999 |
| EP Product No: | 00046295-6201-1007    1000 | Signator: CBS ENTERTAINMENT, INC. | |

| Market/Run | Reuse Date | Market/Run | Reuse Date | Market/Run | Reuse Date |
|---|---|---|---|---|---|
| CABLE T.V. DOMESTIC | 03/31/2024 | | | | |
| FVOD AD-SUPPORTED STREAMING | 03/31/2024 | | | | |
| SVOD REVENUE | 03/31/2024 | | | | |

| Desc | Rate: Residuals | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| CABLE | | | 12.86 | FED | | 6.86 | 3,555.55 |
| FVOD | | | 7.14 | FICA-SSA | | 1.93 | 1,241.20 |
| SVOD | | | 11.18 | FICA-MED | | 0.45 | 290.28 |
| | | | | PA SUI | | 0.02 | 14.01 |
| | | | | CA ST | | 2.06 | 1,275.91 |
| | | | | | MPRF | | 180.25 |

Union:  S RSSM-1100000
Occupation Title:  SAG RESIDUALS

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 31.18 | 31.18 | 11.32 | 19.86 |
| YTD: | | 20,019.34 | | 6,557.20 | 13,462.14 |

| Unemployment Info:  GEP TALENT SERVICES, LLC | Tel: (818) 955-6000 | State: PA | Unemployment No: 98-00162 |
|---|---|---|---|

# SAG·AFTRA.

Associated Actors & Artistes of America/AFL-CIO
(800) 205-7716   https://www.sagaftra.org/membership-benefits/residuals
SAGAFTRA.org

RESIDUALS PAYMENT STATEMENT

Page 1

SOURCE:  AFTRA

| | |
|---|---|
| Tax ID/DDN: XXX-XX-0381 | Company: SPE Inc. On Behalf of CPT Hold |
| | Batch#: 052824AR |
| **10034030** | Sub Batch #: 130 |
| Veronica Redd | Sequence#: 25 |
| PO BOX 1871 | Payment Received by SAG-AFTRA: |
| WEST CHESTER PA 19380 | 05/28/2024 |
| | Payment Mail Date: 07/15/2024 |
| | *Please keep this statement for your unemployment insurance records. |
| Performer Name: Veronica Redd | **Register at SAGAFTRA.org for access to all union services - including Residuals Tracker. |

| Ck# | Gross Amt | Ck# | Gross Amt | Ck# | Gross Amt | Ck# | Gross Amt |
|---|---|---|---|---|---|---|---|
| 70760061 | $396.90 | | | | | | |

| Reference ID | Run/Qtr | Market | Production/Episode | Gross Amt | Rte |
|---|---|---|---|---|---|
| 06522761 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12761 | $56.70 | |
| 06522762 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12762 | $56.70 | |
| 06522764 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12764 | $56.70 | |
| 06522770 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12770 | $56.70 | |
| 6522804 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12804 | $56.70 | |
| 6522816 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12816 | $56.70 | |
| 6522821 | 4 | AFTRA Foreign | Young And The Restless, The/Ep 12821 | $56.70 | |

**Total Gross:**   **$396.90**

---

## ep GEP TALENT SERVICES, LLC

| | | | |
|---|---|---|---|
| VERONICA REDD | | SSN:  ***-**-0381 | Check No: 70760061 |
| | | | Check Date: 05/22/2024 |
| Mailing Address | W-2/1099 Address | | Batch: RCA 13281298 |
| 8023 BEVERLY BLVD | 8023 BEVERLY BLVD | | Ref / Inv: 00068762 / HPI419 |
| STE 1-1599 | STE 1-1599 | | **PAY PERIOD** |
| LOS ANGELES, CA 90048 | LOS ANGELES, CA 90048 | | Start: 03/01/24   End: 03/31/24 |

GEP TALENT SERVICES, LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com   (818) 955-6000   Version-14.094.2   ** Get your W-2 online – register to go paperless at ep.com/mytaxform **

| | | | |
|---|---|---|---|
| | | Tax / Work Days: | 0 / 0 |
| | | Res / Work State: | PA / CA |
| | | Pens Hrs / Days: | |

| Client: | SPE INC. ON BEHALF OF CPT HOLDINGS, INC. |
|---|---|
| Prod Title: | YOUNG AND THE RESTLESS, THE |
| Address: | 10202 WEST WASHINGTON BLVD. |
| | CULVER CITY, CA 90232-3195 |

| | Fed | Res | Work |
|---|---|---|---|
| Tax WH Status | S | S | S |
| W/H | 0 | 09 | 09 |

| Comments: | SM0120240517 | Payroll Note: |
|---|---|---|

| Episode Name/No: | EPISODE #12761/1276 | Product Type: | | Principal Photo Date: | 11/01/2023 |
|---|---|---|---|---|---|
| EP Product No: | 00068762-0652-2761   1600 | Signator: | CPT HOLDING , INC. | | |

| Market/Run | Reuse Date | Market/Run | Reuse Date | Market/Run | Reuse Date |
|---|---|---|---|---|---|
| ASIA AND AUSTRALIA   AREA 4 | 03/31/2024 | | | | |

| Desc | Rate: Residuals | Hours | Amount | Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|---|---|---|---|
| FOR | | | 396.90 | FED | | 87.32 | 3,642.87 |
| | | | | FICA-SSA | | 24.61 | 1,265.81 |
| | | | | FICA-MED | | 5.76 | 296.04 |
| | | | | PA SUI | | 0.28 | 14.29 |
| | | | | CA ST | | 26.20 | 1,302.11 |
| | | | | | MPRF | | 180.25 |

| Union: | A RSSB-6100000 |
|---|---|
| Occupation Title: | AFTRA RESIDUALS |

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 396.90 | 396.90 | 144.17 | 252.73 |
| YTD: | | 20,416.24 | | 6,701.37 | 13,714.87 |

| Unemployment Info: GEP TALENT SERVICES, LLC | Tel: (818) 955-6000 | State: PA   Unemployment No: 98-00162 |
|---|---|---|