United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11847-amc |
| Veronica Joyce Redd | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 02, 2025 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Veronica Joyce Redd, 113 Pendula Ct, West Chester, PA 19380-7301 |
| 14892736 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14892741 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14892727 | | Email/Text: cescandell@calautomotive.com | Apr 03 2025 01:37:00 | Cal Automotive, 300 Horizon Center Blvd, Robbinsville, NJ 08691-1919 |
| 14892726 | | Email/Text: cescandell@calautomotive.com | Apr 03 2025 01:37:00 | Cal Automotive, 300 Horizon Drive, Hamilton, NJ 08691 |
| 14894752 | | Email/Text: cescandell@calautomotive.com | Apr 03 2025 01:37:00 | CAL Automotive, 4556 South Broad Street, Yardville, NJ 08620 |
| 14892731 | | Email/Text: megan.harper@phila.gov | Apr 03 2025 01:37:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14892728 | | Email/Text: USCBNotices@cdtfa.ca.gov | Apr 03 2025 01:38:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, Po Box 942879, Sacramento, CA 94279-0001 |
| 14892729 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2025 01:49:57 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14892730 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2025 01:49:58 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14892732 | | Email/Text: bankruptcy@philapark.org | Apr 03 2025 01:38:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14892733 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2025 01:37:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14892734 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 03 2025 01:37:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14892735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2025 01:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906046 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2025 01:37:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 14892737 | | Email/Text: bnc@nordstrom.com | Apr 03 2025 01:37:57 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14892738 | | Email/Text: fesbank@attorneygeneral.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2025 | Form ID: 155 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 03 2025 01:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14892739 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2025 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14892740 | ^ | MEBN | Apr 03 2025 01:32:39 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14892742 | | Email/Text: bankruptcy@philapark.org | Apr 03 2025 01:38:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14911765 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2025 01:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14911770 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2025 01:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14905446 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2025 01:39:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892743 | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 03 2025 01:38:00 | State of California, Department of Tax and Fee Administration, Account Information Group, MIC:29, PO Box 942879, Sacramento, CA 94279-0001 |
| 14892744 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2025 01:50:04 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14892745 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2025 01:39:04 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14892746 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2025 01:50:07 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14892747 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2025 01:39:38 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14892748 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 03 2025 01:37:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14892749 | ^ | MEBN | Apr 03 2025 01:32:24 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14892750 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 03 2025 01:49:57 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14903926 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 03 2025 01:50:13 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 14903686 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 03 2025 01:50:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14892751 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2025 | Form ID: 155 | Total Noticed: 33 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Veronica Joyce Redd help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

Form 155 (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Veronica Joyce Redd  )  Case No. 24−11847−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 1, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court